Adrion Michael **ROUZER,**
Petitioner–Appellant,

v.

A. David **ROBINSON, Warden,**
Respondent–Appellee.

No. 01–7513.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Adrion Michael Rouzer, Appellant Pro Se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Adrion Michael Rouzer seeks to appeal the district court's order and order on reconsideration denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Rouzer v. Robinson,* Nos. CA-00-1104-AM (E.D. Va. July 31 & Sept. 12, 2001). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*